————o————

JOHN C. WADDELL, *et al.*, Respondents, *vs.* EBENEZER BLACK-ISTON, Appellant.

1. Case stricken from docket for want of order granting appeal.

*Appeal from Buchanan Circuit Court.*

*Hill & Carter*, for Appellant.

*Thomas & Ranney, with A. H. Vories*, for Respondents.

SHERWOOD, Judge, delivered the opinion of the court.

As there is no order apparent of record granting an appeal in this cause, the same must be stricken from the docket. Judge Vories not sitting; the other judges concur.